UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVENSON GABRIEL,

Docket No.: 22-cv-02400 (GRB) (ARL)

          Plaintiff,

-against-

DEVELOPMENTAL DISABILITIES INSTITUTE,
INC. and KOREY MELHROSE, Individually,

          Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts, and that electronic, scanned, and/or facsimile signatures shall be deemed original for all purposes.

**SEKENDIZ LAW GROUP P.C.**

By: _____
    Ismail Sekendiz
    45 Broadway Suite: 1420
    New York, New York 10006
    sekendizlaws@gmail.com

*Attorneys for Plaintiff*

Dated: August 11th, 2023

**LITTLER MENDELSON, P.C.**

By: */s/ Lisa M. Griffith*
    Lisa M. Griffith
    290 Broadhollow Road, Suite 305
    Melville, New York 11747
    lgriffith@littler.com

*Attorneys for Defendant DEVELOPMENTAL
DISABILITIES INSTITUTE, INC.*

Dated: August 15, 2023

12

**SOKOLOFF STERN, LLP**

By: _____
      Adam Kleinberg
      179 Westbury Ave.
      Carle Place, NY 11514
      akleinberg@sokoloffstern.com

*Attorneys for Defendant Mehlrose*

Dated:  August _14__, 2023

**SO ORDERED:**

_____
U.S. District Court Judge


_____
Dated

13